No. 92–6818. IN RE SLAYBACK;

No. 92–6820. IN RE COFIELD; and

No. 92–6876. IN RE GREEN. Petitions for writs of mandamus denied.

No. 92–6889. IN RE MORRIS. Petition for writ of mandamus and/or prohibition denied.

No. 92–833. ALBRIGHT v. OLIVER ET AL. C. A. 7th Cir. Certiorari granted.

No. 92–1168. HARRIS v. FORKLIFT SYSTEMS, INC. C. A. 6th Cir. Certiorari granted.

No. 91–2012. HOLDER, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER FOR BLECKLEY COUNTY, GEORGIA, ET AL. v. HALL ET AL. C. A. 11th Cir. Certiorari granted limited to the following question: "Whether the Court of Appeals erred in holding that governance by a single county commissioner, rather than a multimember board of commissioners, is subject to challenge as dilutive under § 2 of the Voting Rights Act of 1965, 79 Stat. 437, as amended, 42 U. S. C. § 1973?"

No. 92–828. CRUCE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–888. BUCUVALAS ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–889. CHAUFFEURS, TEAMSTERS & HELPERS, LOCAL 776, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–901. LOUWSMA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–961. LIPSHUTZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.